**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Kalama M. Lui-Kwan, SBN 242121
kalama.lui-kwan@troutman.com
Elizabeth Holt Andrews, SBN 263026
elizabeth.andrews@troutman.com
Three Embarcadero Center
Suite 800
San Francisco, CA 94111
Telephone: 415.477.5700
Facsimile: 415.477.5710

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
William C. Mayberry (admitted *pro hac vice*)
bill.mayberry@troutman.com
Amy P. Williams (admitted *pro hac vice*)
amy.williams@troutman.com
Andrew D. Atkins (admitted *pro hac vice*)
andrew.atkins@troutman.com
301 S College Street, 34th Floor,
Charlotte, NC 28202
Telephone: 704.998.4050
Facsimile: 704.998.4051

*Attorneys for Defendants*
Wells Fargo Bank, N.A. and
Wells Fargo & Company

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| IN RE WELLS FARGO FORBEARANCE LITIGATION | No. 3:20-cv-06009-JD<br><br>**DEFENDANTS' NOTICE REGARDING MOTION FOR PRELIMINARY APPROVAL OF A SETTLEMENT FILED IN A RELATED CASE** |
|---|---|

Defendants Wells Fargo Bank, N.A. and Wells Fargo & Company, through this filing, hereby notify the Court of a Motion for Preliminary Approval of Settlement in the pending class action lawsuit, *Echard, et al. v. Wells Fargo Bank, N.A.*, Case No.: 2:21-cv-05080-MHW-KAJ (S.D. Ohio), which is a case that similarly involves COVID mortgage forbearances. The Motion for Preliminary Approval of Settlement (ECF No. 108) was filed by the *Echard* plaintiffs on September 9, 2022, and remains pending.

Dated: September 12, 2022

Respectfully Submitted,

TROUTMAN PEPPER
HAMILTON SANDERS LLP

By: */s/ Kalama M. Lui-Kwan*
    Kalama M. Lui-Kwan
    Elizabeth Holt Andrews
    William C. Mayberry (admitted *pro hac vice*)
    Amy P. Williams (admitted *pro hac vice*)
    Andrew D. Atkins (admitted *pro hac vice*)

*Attorneys for Defendants*
Wells Fargo Bank, N.A. and
Wells Fargo & Company