TROUTMAN PEPPER HAMILTON SANDERS LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CA 94111

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**IN RE WELLS FARGO FORBEARANCE LITIGATION**

**No. 3:20-cv-06009-JD**

[PROPOSED] **ORDER TO EXTEND TIME TO RESPOND TO THE FOURTH AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Current Deadline: June 2, 2023
Proposed Deadline: June 16, 2023

Judge: Hon. James Donato
Courtroom: 11

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendants shall move to dismiss or otherwise respond to Plaintiffs' Fourth Amended Consolidated Class Action Complaint on or before June 16, 2023.  In the event that Defendant move to dismiss, Plaintiffs may file an opposition to the motion to dismiss by July 14, 2023, and Defendants may file a reply by July 28, 2023.

Dated:  June 1, 2023

_____

The Honorable James Donato
UNITED STATES DISTRICT COURT JUDGE

TROUTMAN PEPPER HAMILTON SANDERS LLP
THREE EMBARCADERO CENTER, SUITE 800
SAN FRANCISCO, CA 94111

- 2 -                                        Case No. 3:20-CV-06009-JD

[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE FOURTH AMENDED CONSOLIDATED
CLASS ACTION COMPLAINT