Derek W. Loeser (*Pro Hac Vice*)
Gretchen Freeman Cappio (*Pro Hac Vice*)
Zachary W. Gussin (*Pro Hac Vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900, Fax (206) 623-3384

Matthew J. Preusch (SBN 298144)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456-1496, Fax (805) 456-1497

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>WELLS FARGO FORBEARANCE LITIGATION | **No. 3:20-cv-06009-JD**<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY CASE** |

Pursuant to Civil L.R. 7-12, Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co. (together, "Wells Fargo") and Plaintiffs Luis and Marisol Castro, Pamela Delpapa, Jenna Doctor, Gerald Forsburg, Samara Green, Patrick Healy, Brett Jacob, Charles Johnson, Barbara Prado, and Renrick and Vivian Robinson (collectively, "Plaintiffs," and with Wells Fargo, the "Parties"), through their respective counsel, stipulate and respectfully request a stay of all proceedings in this case pending the Parties' continued efforts towards settlement of this action as follows:

WHEREAS, Defendants' Motion to Dismiss Fourth Amended Consolidated Class Action Complaint (Dkt. No. 197) has been fully briefed and is set for oral argument August 10, 2023; and

WHEREAS, the Parties have scheduled mediation sessions with The Honorable Layn Phillips (Ret.) for October 3 and 24, 2023; and

WHEREAS, the Parties believe that the need to continue focusing on settlement efforts constitutes good cause for a stay of this proceeding; and

1  WHEREAS, no party will be harmed by the issuance of a stay;

2  WHEREAS, other than the August 10, 2023, hearing, no other Court-imposed deadlines will be

3  impacted by the proposed stay;

4  NOW, THEREFORE, THE PARTIES STIPULATE as follows:

5  The proceedings in this matter shall be stayed until November 30 2023, for the purpose of

6  enabling the Parties to continue preparing for and engaging in mediation sessions scheduled for

7  October 3 and 24, 2023.

8  The August 10, 2023 hearing set for oral argument on Defendants' Motion to Dismiss Fourth

9  Amended Consolidated Class Action Complaint shall be vacated and, if necessary, should be re-

10  noticed by Wells Fargo following the conclusion of the stay period.

11  The Parties shall file a joint status report no later than November 15, 2023.

12  **IT IS SO STIPULATED**.

13  DATED this 31st day of July, 2023.

KELLER ROHRBACK L.L.P.

*s/ Gretchen Freeman Cappio*
Derek W. Loeser (*Pro Hac Vice*)
Gretchen Freeman Cappio (*Pro Hac Vice*)
Zachary W. Gussin (*Pro Hac Vice*)
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900, Fax (206) 623-3384
dloeser@kellerrohrback.com
gcappio@kellerrohrback.com
zgussin@kellerrohrback.com

Matthew J. Preusch (SBN 298144)
KELLER ROHRBACK L.L.P.
801 Garden Street, Suite 301
Santa Barbara, CA 93101
(805) 456-1496, Fax (805) 456-1497
mpreusch@kellerrohrback.com

Abbas Kazerounian (SBN: 249203)
KAZEROUNI LAW GROUP, APC
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626

TROUTMAN PEPPER
HAMILTON SANDERS LLP

*/s/ Amy P. Williams*
Kalama M. Lui-Kwan
Elizabeth Holt Andrews
William C. Mayberry (*Pro Hac Vice*)
Amy P. Williams (*Pro Hac Vice*)
Andrew D. Atkins (*Pro Hac Vice*)
301 South College Street, Suite 3400
Charlotte, NC 28202-0902
(704) 998-4050, Fax (704) 998-4051
kalama.lui-kwan@troutman.com
elizabeth.andrews@troutman.com
bill.mayberry@troutman.com
amy.williams@troutman.com
andrew.atkins@troutman.com

*Attorneys for Defendants*

(800) 400-6808, Fax (800) 520-5523
ak@kazlg.com

Jason A. Ibey (SBN: 284607)
KAZEROUNI LAW GROUP, APC
321 N Mall Drive, Suite R108
St. George, UT 84790
(800) 400-6808, Fax (800) 520-5523
jason@kazlg.com

Theodore O. Bartholow III ("Thad")
Texas State Bar No. 24062602
Karen L. Kellett
Texas State Bar No. 11199520
KELLETT & BARTHOLOW PLLC
11300 N. Central Expressway, Suite 301
Dallas, TX 75243
(214) 696-9000, Fax (214) 696-9001
thad@kblawtx.com
kkellet@kblawtx.com

*Attorneys for Plaintiffs*

## SIGNATURE AUTHORIZATION

Pursuant to Local Rule 5-1(i), I hereby certify that the contents of this document are acceptable to the counsel signing above and that I have obtained counsel's authorization to affix his/her electronic signature to this document.

KELLER ROHRBACK L.L.P.

*s/ Gretchen Freeman Cappio*
Gretchen Freeman Cappio (*Pro Hac Vice*)
*Attorneys for Plaintiff*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

Proceedings in this matter are stayed until November 30, 2023 for the purpose of enabling the Parties to continue preparing for and engaging in mediation scheduled for October 3 and 24, 2023. The motion hearing set for August 10, 2023 is vacated, and, if necessary, shall be re-noticed by Wells Fargo following the conclusion of the stay period.

IT IS FURTHER ORDERED that the Parties shall file a joint status report no later than November 15, 2023.

DATED: _____                    _____
                                    The Honorable James Donato
                                    UNITED STATES DISTRICT COURT JUDGE